**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7478**

———————————

ISZARD BALLARD, JR.,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN, Warden, Maryland House of
Correction; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

Respondents - Appellees.

———————————

**No. 97-7479**

———————————

ISZARD BALLARD, JR.,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN, Warden, Maryland House of
Correction; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

Respondents - Appellees.

———————————

Appeals from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CA-97-1896-JFM, CA-97-1897-JFM)

---

Submitted: April 29, 1998        Decided: May 14, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Iszard Ballard, Jr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his petitions filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), and denying his motion for reconsideration. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. Ballard v. Corcoran, No. CA-97-1896-JFM (D. Md. Oct. 1, 1997); Ballard v. Corcoran, No. CA-97-1897-JFM (D. Md. Aug. 27, 1997; Sept. 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3